IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>BOBBY MORALES,<br><br>            Defendant. | CASE NO. 1:19-mj-00068 SKO<br>(S.D. Ala. Case No. 12-cr-0294)<br><br>MOTION TO UNSEAL PETITION FOR<br>SUPERVISED RELEASE VIOLATION |

    The petition in this case apparently having been sealed on or about March 13, 2019, and it appearing that such petition no longer needs to remain sealed based on the government's motion,

    IT IS HEREBY ORDERED that the petition be unsealed and made public record.

DATED: March 28, 2019      BY /s/ Sheila K. Oberto
                                           HON. SHEILA K. OBERTO
                                           United States Magistrate Judge